## Parry *v.* Johnson.

By the Court. This case being for decision by a complete bench of six Justices, who are evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

Argued February 2,—Decided March 30, 1904.

Mandamus.   Before Judge Lumpkin.   Fulton superior court. November 12, 1903.

The defendant in error was indicted for a felony, and was found guilty, with a recommendation that she be punished as for a misdemeanor.   The court stenographer took down the testimony in shorthand, but, under a practice obtaining in such cases at the time, declined to transcribe his notes into longhand for use in preparing a brief of evidence to be filed with a motion for new trial. A mandamus absolute, requiring him to do this, is the ruling excepted to.

*Rosser & Brandon,* for plaintiff in error.
*R. R. Arnold, S. C. Crane,* and *S. W. Harris,* **contra.**